UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:25-cv-03637-CV (SK)                    Date: May 19, 2026

Title    Andre Johnson Jr. v. Riverside County Sheriffs Department et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):
None present                                  None present

**Proceedings:**          (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On March 25, 2026, the court authorized plaintiff to serve his complaint on the named defendants with the assistance of the United States Marshals Service.  (ECF 10).  To that end, plaintiff had until April 24, 2026 to complete and submit separate USM-285 forms for each defendant to be served by the Marshals Service.  (*Id.* at 3).  Plaintiff was advised that failure to send the completed forms to the Clerk of the Court by April 24, 2026 may result in the dismissal of the action for failure to prosecute.  (*Id.*).  As of this order, the court has received none of the required USM-285 forms, nor has plaintiff sought an extension of time to submit those forms after the April 24 deadline.

Therefore, plaintiff is ORDERED TO SHOW CAUSE by **June 9, 2026**, why this action should not be dismissed for failure to prosecute.  Plaintiff may discharge this order by dismissing this case without prejudice using the attached notice of voluntary dismissal (Form CV-09x).  Alternatively, if he intends to prosecute this action, he may discharge this order by sending complete and accurate USM-285 forms by the show-cause deadline.  Failure to send the completed USM-285 forms, to file a notice of voluntary dismissal, or to otherwise timely respond to this order may lead to involuntary dismissal of this action for failure to prosecute and obey court orders, with no further warnings.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.